IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re:  Mary Ann Kralovic | : | Bankruptcy No. 16-21103 |
| | : | |
| Debtor | : | Chapter 13 |
| Mary Ann Kralovic | : | |
| | : | Related to Document No. 35 |
| Movant | : | |
| | : | |
| v. | : | Hearing Date and Time: |
| PNC Mortgage | : | |
| | : | |
| Respondent | : | |

## CERTIFICATE OF SERVICE OF MODIFIED INTERIM MORTGAGE MODIFICATION ORDER

I certify under penalty of perjury that I served the above captioned document on the parties at the addresses specified below or on the attached list on (date)  October 6, 2016

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was:  First Class Mail and Electronic Notification.

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the full name, email address, and where applicable the full name of the person or entity represented, for each party served by electronic transmission is listed under the heading "Service by NEF" and the full name and complete postal address for each party served by mail is listed under the heading "Service by First-Class Mail."

Served by Scott Lowden, 11979 Frankstown Rd., Ste. 402, Pittsburgh, PA 15235 (412) 795-2223

EXECUTED ON:    October 6, 2016

                                                  Filed by:  /s/ Scott R. Lowden
                                                        Scott R. Lowden, Esq.
                                                        PA I.D. 72116
                                                        Nicotero & Lowden Legal Services
                                                        11979 Frankstown Road, Suite 402
                                                        Pittsburgh, PA 15235
                                                        niclowlgl@comcast.net
                                                         (412) 795-2223

Service by NEF:

| | |
|---|---|
| US Trustee | Ronda Winnecour, Trustee |
| ustpregion03.pi.ecf@usdoj.gov | cmecf@chapter13trusteewdpa.com |

PNC Bank, NA
Joshua I. Goldman, Esq.
bkgroup@kmllawgroup.com

Service by email:

Chapter 13 Trustee
LMP@chapter13trusteewdpa.com

Via US Postal Service First-class Mail:

| | |
|---|---|
| PNC Bank | Matthew K. Fissel, Esq. |
| 249 Fifth Avenue | KML Law Group |
| One PNC Plaza | Suite 5000 – BNY Mellon Independence Ctr |
| Pittsburgh, PA 15222 | 701 Market St. |
| William S. Demchak, CEO | Philadelphia, PA 19106 |