# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF WESTERN PENNSYLVANIA
### CONCILIATION CONFERENCE MINUTES

**Conciliation Conference:**

|  |  |
|---|---|
| Debtor: | MARY ANN KRALOVIC |
| Case Number: | 16-21103-GLT    Chapter: 13 |
| Date / Time / Room: | THURSDAY, FEBRUARY 23, 2017 09:00 AM   3251 US STEEL |
| Hearing Officer: | CHAPTER 13 TRUSTEE |

RECEIVED 2017 FEB 23 P 4:19 CLERK U.S. BANKRUPTCY COURT PITTSBURGH

**Matter:**

#6 - Final Confirmation of Plan Dated 3/23/2016 (NFC)
R / M #:  6 / 0

**Appearances:**

Debtor: Lawden
Trustee: Winnecour / Bedford / ~~Pail~~ / (Katz)
Creditor:

*Loan Modification Granted. Amended plan in process.*

**Proceedings:**

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. ✓ Plan/Motion continued to 6/8/17 at 1:30 pm.
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.
9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

*Note, Debtor in Serious Auto Accident.*