# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | |
| MARY ANN KRALOVIC | Case No. 16-21103GLT |
| Debtor(s) | Chapter 13 |
| RONDA J. WINNECOUR, | |
| Standing Chapter 13 Trustee, | |
| Movant | Document No __ |
| vs. | |
| ALLY BANK(*) | |
| Respondents | |

## NOTICE OF FUNDS ON RESERVE

The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

The creditor has informed the Trustee that the account has been paid in full. No further payments will be issued on this debt unless the creditor provides timely notice to the Trustee that this information was in error and acknowledges that it will accept future payments.

| | |
|---|---|
| ALLY BANK(*) | Court claim# 4/Trustee CID# 2 |
| ATTN TRUSTEE PAYMENT CENTER | |
| PO BOX 78367 | |
| PHOENIX, AZ 85062-8367 | |

The Movant further certifies that on 05/02/2017 , copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

cc:  debtor(s)
　　 original creditor
　　 putative creditor
　　 counsel for debtor(s)
　　 counsel for the creditor(s) (if known)

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

| | |
|---|---|
| **DEBTOR(S):**<br>MARY ANN KRALOVIC, 1404 WHITE OAK DRIVE, VERONA, PA  15147 | **DEBTOR'S COUNSEL:**<br>SCOTT R LOWDEN ESQ**, NICOTERO & LOWDEN PC, 3948 MONROEVILLE BLVD STE 2, MONROEVILLE, PA  15146 |
| **ORIGINAL CREDITOR:**<br>ALLY BANK(*), ATTN TRUSTEE PAYMENT CENTER, PO BOX 78367, PHOENIX, AZ  85062-8367<br><br>**NEW CREDITOR:** | **:**<br>CHAPTER 13 BANKRUPTCY NOTICING, PO BOX 130424, ROSEVILLE, MN  55113 |