IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: ) | Bankruptcy No. 16-21103 GLT | |
| ) | | |
| Mary Ann Kralovic ) | Chapter 13 | |
| ) | | |
| Debtor(s) ) | | |
| Mary Ann Kralovic ) | | |
| ) | Related to Doc No. 66 | |
| Movant(s) ) | | |
| vs. ) | | |
| No Respondents ) | Hearing: 8/9/17 at 10:30 AM | |
| ) | | |
| Respondent(s) ) | | |

**CERTIFICATION OF NO RESPONSE REGARDING DEBTOR'S APPLICATION TO EMPLOY SPECIAL COUNSEL**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the *Motion* filed on  **June 22, 2017**  has been received.  The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Objection appears thereon. Pursuant to the *Notice of Hearing with Response Deadline*, responses to the Motion were to be filed and served no later than  **July 9, 2017** .

It is hereby respectfully requested that the Order attached to the *Motion* be entered by the Court.

Dated:  July 11, 2017

/s/ Scott R. Lowden
Scott R. Lowden, Esq.
Nicotero & Lowden, PC
3948 Monroeville Blvd., Ste 2
Monroeville, PA 15146
(412) 374-7161
niclowlgl@comcast.net
PA. ID 72116