IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Bankruptcy No. 16-21103 GLT |
| Mary Ann Kralovic | ) | |
| | ) | |
| Debtors | ) | |
| | ) | Chapter 13 |
| Mary Ann Kralovic | ) | |
| | ) | |
| Applicants | ) | Related to Doc. No. 77 |
| Vs. | ) | |
| No Respondent | ) | Hrg: 12/20/17 at 9:30 AM |
| Respondent(s) | ) | |

**CERTIFICATION OF NO OBJECTION REGARDING DEBTOR'S
APPLICATION TO EMPLOY SPECIAL COUNSEL**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion filed on  November 13, 2017  has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Hearing, objections to the Motion were to be filed and served no later than  November 30, 2017 .

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

Dated: December 1, 2017          /s/ Scott R. Lowden
                                 Scott R. Lowden, Esq.
                                 3948 Monroeville Blvd., Ste. 2
                                 Monroeville, PA 15146
                                 (412) 374-7161
                                 PA. ID 72116
                                 niclowlgl@comcast.net