IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Bankruptcy No. 16-21103 GLT |
| Mary Ann Kralovic | ) | |
| | ) | |
| Debtor (s) | ) | |
| Mary Ann Kraolovic | ) | Chapter 13 |
| | ) | |
| Movant(s) | ) | |
| v. | ) | Related to Doc. No. 83 - 85 |
| | ) | |
| No Respondent | ) | Hearing: 7/18/18 at 9:00 AM |
| Respondent | ) | |

**CERTIFICATION OF NO OBJECTION REGARDING MOTION FOR APPROVAL OF SETTLEMENT DISTRIBUTION**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion filed on  May 29, 2018  has been received.  The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion appears thereon.  Pursuant to the Notice of Hearing, objections to the Motion were to be filed and served no later than  June 15, 2018.

It is hereby respectfully requested that the *Order Approving Settlement Distribution – Amended* be entered by the Court.

Dated: June 18, 2018

                                                         /s/  Scott R. Lowden
                                                         Scott R. Lowden, Esq.
                                                         PA. ID 72116
                                                         Nicotero & Lowden, PC
                                                         3948 Monroeville Blvd., Suite 2
                                                         Monroeville, PA 15146
                                                         niclowlgl@comcast.net
                                                         (412) 374-7161