FILED
6/19/18 3:02 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Bankruptcy No. 16-21103 GLT |
| Mary Ann Kralovic | ) | |
| | ) | |
| Debtor (s) | ) | |
| | ) | |
| Mary Ann Kralovic | ) | Chapter 13 |
| | ) | |
| Movant(s) | ) | |
| v. | ) | Related to Docket No. 83 |
| | ) | |
| No Respondent | ) | Hearing: 7/18/18 at 9:00 AM |
| Respondent | ) | |

## MODIFIED DEFAULT ORDER

**AND NOW,** upon consideration of the Motion for Approval of Settlement Distribution, and after opportunity for a hearing on said Motion,

**It is Hereby ORDERED, ADJUDGED AND DECREED** that the Settlement Distribution is approved. The consideration in the total amount of $90,000.00 to settle the claim related to personal injuries resulting from an accident that occurred on or about February 11, 2017 is approved. Attorney fees in the amount of 33-1/3% of the gross amount obtained through the settlement to special counsel Allan Lundberg, Esq. is approved.

**It is further Ordered** the net amount to the debtor from the settlement in the amount of $30,000.00 is approved. Special counsel shall distribute the amount of $11,000.00 to the Trustee to satisfy any remaining plan obligations (subject to audit by the chapter 13 trustee), by certified funds or money order to "Ronda J. Winnecour, Chapter 13 Trustee, W.D.PA., PO Box 84051, Chicago, IL 60689", and note the debtor's name and account number on or before **July 10, 2018**. Special counsel shall distribute the remaining funds in the amount of $19,000.00 to the debtor.

Movant shall serve a copy of this Order on respondent(s), their counsel, the Trustee and U.S. Trustee.  Movant shall file a certificate of service within 3 days hereof.

Prepared by:  Scott R. Lowden, Esq.

**DEFAULT ENTRY**

Dated: June 19, 2018

_____
Gregory L. Taddonio       cgt
United States Bankruptcy Judge

Case Administrator to serve:
Scott R. Lowden, Esq.

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 16-21103-GLT
Mary Ann Kralovic                                                       Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: gamr              Page 1 of 1           Date Rcvd: Jun 19, 2018
                              Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 21, 2018.
db              +Mary Ann Kralovic,   1404 White Oak Drive,   Verona, PA 15147-2432

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 21, 2018                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 19, 2018 at the address(es) listed below:
              James Warmbrodt    on behalf of Creditor    PNC Bank, National Association bkgroup@kmllawgroup.com
              Joseph F. Nicotero    on behalf of Debtor Mary Ann Kralovic niclowlgl@comcast.net
              Joshua I. Goldman    on behalf of Creditor    PNC Bank, National Association bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company, LLC sjw@sjwpgh.com,
               srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
              Scott R. Lowden    on behalf of Debtor Mary Ann Kralovic niclowlgl@comcast.net
                                                                                             TOTAL: 8