FILED
7/24/18 8:05 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| | : | |
| MARY ANN KRALOVIC | : | Case No. 16-21103 GLT |
| | : | |
| Debtor(s) | : | |
| =============================== | : | |
| SCOTT R. LOWDEN, ESQUIRE, | : | Related to Dkt. No. 91 |
| Applicant, | : | Hearing: August 15, 2018 at 9:00 a.m. |
| v. | : | |
| NO RESPONDENT | : | |
| Respondent | : | |

## MODIFIED DEFAULT ORDER

AND NOW, this 24th day of July, 2018, upon consideration of the foregoing Application, it is hereby ORDERED, ADJUDGED, and DECREED that the total to date Attorney Fees and Costs are found to be 9,219.57, of which $9,100.00 are attorney's fees and $119.57 are costs, and that the total previously allowed Attorney's Fees and Costs were $4,000.00 per the no-look fee as of the filing date. This award covers the period from January 25, 2016 to July 2, 2018.

Therefore, the Application in its face amount of $5,219.57 for additional compensation for services rendered by Scott R. Lowden, Esquire as Attorney for Debtor(s) are allowed, and the total additional sum of $5,219.57 is to be paid to Scott R. Lowden, Esquire as the remainder of the Attorney's Fees and Costs through the Chapter 13 Plan, at the same disbursement level as prior awarded and/or paid Attorney's Fees awarded and paid to Scott R. Lowden, Esquire, pursuant to prior confirmed Plan(s) at $300.00 per month.

This application is approved as a "final application" and includes projected time to close out the Debtor's bankruptcy case. In the event an additional fee application is filed in the future, counsel must reconcile the time entries for work performed after July 2018 against any of the "projected" activities to ensure that any future fee application is devoid of any duplicative fees or expenses.

The Clerk shall record the award of compensation for services rendered for the period of January 25, 2016 through July 2, 2018 are in the amount of **$9,100.00**, which includes a **$1,000.00** retainer previously paid to the applicant, no-look compensation in the amount of **$3,000.00** and additional compensation in the amount of **$5,100.00**. Expenses requested are in the amount of **$119.57**. The total award of compensation is in the amount of **$9,219.57**.

Prepared by: Scott R. Lowden, Esq.

DEFAULT ENTRY

Dated: July 24, 2018

Gregory L. Taddonio
United States Bankruptcy Judge                   cgt

Additional fees may be paid through the Chapter 13 plan provided that debtor(s) amend the plan within 10 days after the application for fees is allowed to increase the plan payment sufficiently to include those fees. The fees must be paid from debtor(s) resources without decreasing the percentage or amount to be paid to other creditors through the plan.

```
                        United States Bankruptcy Court
                        Western District of Pennsylvania
In re:                                                          Case No. 16-21103-GLT
Mary Ann Kralovic                                               Chapter 13
        Debtor
                              CERTIFICATE OF NOTICE
District/off: 0315-2          User: gamr            Page 1 of 1          Date Rcvd: Jul 24, 2018
                              Form ID: pdf900       Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 26, 2018.
db            +Mary Ann Kralovic,    1404 White Oak Drive,    Verona, PA 15147-2432

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 26, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 24, 2018 at the address(es) listed below:
              James Warmbrodt    on behalf of Creditor    PNC Bank, National Association bkgroup@kmllawgroup.com
              Joseph F. Nicotero    on behalf of Debtor Mary Ann Kralovic niclowlgl@comcast.net
              Joshua I. Goldman    on behalf of Creditor    PNC Bank, National Association bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company, LLC sjw@sjwpgh.com,
               srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
              Scott R. Lowden    on behalf of Debtor Mary Ann Kralovic niclowlgl@comcast.net
                                                                                             TOTAL: 8