**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

FILED
3/27/19 12:18 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:

MARY ANN KRALOVIC

    Debtor(s)

Ronda J. Winnecour
    Movant
  vs.
No Repondents.

Case No.:16-21103

Chapter 13

Related to Dkt. No. 101

ORDER OF COURT

  AND NOW, this \_\_\_\_27th\_\_\_\_day of \_\_March_____, 20_19_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

  (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

  (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

  (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

  (4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

  (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

  (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

**ENTERED BY DEFAULT**

_____
U.S. BANKRUPTCY JUDGE   jah

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                              Case No. 16-21103-GLT
Mary Ann Kralovic                                                   Chapter 13
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: bsil              Page 1 of 1              Date Rcvd: Mar 27, 2019
                              Form ID: pdf900         Total Noticed: 15

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 29, 2019.
db             +Mary Ann Kralovic,    1404 White Oak Drive,    Verona, PA 15147-2432
sp             +Allan C. Lundberg,    3058 Leechburg Road,    Lower Burrell, PA 15068-3460
sp             +Edward J. Chiodo,    Shenderovich Shenderovich & Fishman, P.C,    1100 Law & Finance Building,
                 429 Fourth Avenue,    Pittsburgh, PA 15219-1500
cr             +Peoples Natural Gas Company, LLC,    Attn: Dawn Lindner,    225 North Shore Drive,
                 Pittsburgh, PA 15212-5860
14202147       +KML Law Group, P.C.,    BNY Independence Center - Suite 5000,    701 Market Street,
                 Philadelphia, PA 19106-1538
14202148       +PNC Bank,    PO Box 3180,    Pittsburgh, PA 15230-3180
14268476       +PNC Bank, National Association,    Attn: Bankruptcy,    3232 Newmark Drive,
                 Miamisburg, OH 45342-5421
14202149       +PNC Mortgage,    PO Box 6534,    Carol Stream, IL 60197-6534
14263254       +Peoples Natural Gas Company, LLC,    205 North Main Street,    Butler, PA 16001,
                 Attention: Barbara Rodgers 16001-4904
14202150       +US Department of HUD,    451 7th Street SW,    Washington, DC 20410-0001

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14202145       +E-mail/Text: ally@ebn.phinsolutions.com Mar 28 2019 03:00:19      Ally,    PO Box 380901,
                 Minneapolis, MN 55438-0901
14210802        E-mail/Text: ally@ebn.phinsolutions.com Mar 28 2019 03:00:19      Ally Bank,    PO Box 130424,
                 Roseville MN 55113-0004
14210804        E-mail/Text: ally@ebn.phinsolutions.com Mar 28 2019 03:00:19      Ally Financial Lease Trust,
                 PO Box 130424,    Roseville, MN 55113-0004
14202146       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Mar 28 2019 03:03:00      Capital One Bank,
                 PO Box 30285,    Salt Lake City, UT 84130-0285
14210354        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Mar 28 2019 03:03:00
                 Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
                                                                                              TOTAL: 5

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Duquesne Light Company
cr              PNC Bank, National Association
                                                                                   TOTALS: 2, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 29, 2019                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 27, 2019 at the address(es) listed below:
              James  Warmbrodt    on behalf of Creditor   PNC Bank, National Association bkgroup@kmllawgroup.com
              Jodi L. Hause    on behalf of Creditor   PNC Bank, National Association
               jodi.hause@phelanhallinan.com, pawb@fedphe.com
              Joseph F. Nicotero    on behalf of Debtor Mary Ann Kralovic niclowlgl@comcast.net
              Joshua I. Goldman    on behalf of Creditor   PNC Bank, National Association bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor   Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor   Peoples Natural Gas Company, LLC sjw@sjwpgh.com,
               srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
              Scott R. Lowden    on behalf of Debtor Mary Ann Kralovic niclowlgl@comcast.net
                                                                                              TOTAL: 9
```